UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN FLYNN and AMBER
FLYNN,

    Plaintiffs,

v.                                                  Case No. 05-73850

OAKLAND COUNTY, MICHAEL          HONORABLE AVERN COHN
BOUCHARD, MICHAEL MCCABE,
MARK VENUS, CLAY JOHNSON,
JEFF CROCKETT, JAMES AHEARN,
ROBERT CAIN, GORDON PIZZINI,
DAMON SHIELDS, DIRK FINDLAY,
MARTIN BAY, and DOUGLAS MOLINAR

    Defendants.

_____/

## ORDER REGARDING *VAUGHN* INDEX

    This is a civil rights case arising under 42 U.S.C. § 1983.  During discovery the parties stipulated to a protective order requiring that certain documents produced during discovery be kept confidential.  Defendants applied the protective order to some documents in their possession and stamped the documents confidential before turning them over to plaintiff; defendants did not claim the documents were privileged.  The Court granted plaintiffs' motion to compel declassified discovery on April 12, 2006.  The parties continue to dispute which documents are classified and which documents are not classified under the protective order.

    For the reasons stated on the record at the July 25, 2006, hearing, the documents listed in the *Vaughn* Index submitted to the Court are deemed classified in

part and unclassified in part depending on their use within the limitations stated on the record.

    SO ORDERED.

                        s/Avern Cohn
                        AVERN COHN
                        UNITED STATES DISTRICT JUDGE

Dated: July 26, 2006

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, July 26, 2006, by electronic and/or ordinary mail.

                        s/Julie Owens
                        Case Manager, (313) 234-5160