UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN FLYNN and AMBER FLYNN,

    Plaintiffs,

-vs-

OAKLAND COUNTY; MICHAEL BOUCHARD;
MICHAEL McCABE; MARK VENUS;
CLAY JANNSON; JEFF CROCKETT;
JAMES AHEARN; ROBERT CAIN;
GORDON PIZZINI; DAMON SHEILDS;
DIRK FINDLAY; MARTIN BAY and
DOUGLAS MOLINAR,
in their individual and official capacities,

    Defendants.
_____/

Case No. 05-73850
HON. AVERN COHN

### ORDER GRANTING PLAINTIFFS' MOTION FOR RECONSIDERATION
### AND
### VACATING DISMISSAL OF OAKLAND COUNTY AS A DEFENDANT
### AND
### VACATING STAY OF PROCEEDINGS

This is an employment case. On February 9, 2009, the Court entered an order (Dkt. # 88) styled:

> Order (1) Requiring Additional Filings by Plaintiff; (2) Dismissing Count IV Against Oakland County; (3) Staying Further Proceedings

Plaintiffs have filed a motion for reconsideration of the dismissal of Oakland County as a defendant. The Court erred in dismissing Oakland County, sua sponte. Accordingly, plaintiffs' motion is GRANTED. The dismissal of Oakland County as a defendant is VACATED.

The additional filings required of plaintiffs have been filed and/or lodged with the Court. Accordingly, the stay is VACATED; proceedings on defendants' motion for summary judgment shall go forward.

SO ORDERED.

    S/Avern Cohn
AVERN COHN
UNITED STATES DISTRICT JUDGE

Dated: February 26, 2009

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, February 26, 2009, by electronic and/or ordinary mail.

    S/Julie Owens
Case Manager, (313) 234-5160