UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN FLYNN, et al.

       Plaintiffs,                             Civil Action No.
                                               05-CV-73850

vs.

                                               HON. AVERN COHN

OAKLAND COUNTY, et al.

       Defendants.

_____/

**<u>ORDER STAYING ACTION ON PLAINTIFF'S MOTION FOR
LEAVE TO FILE THIRD AMENDED COMPLAINT</u>**

       On April 30, 2009, the Court held a teleconference and determined that Plaintiff's Motion for Leave to File Third Amended Complaint shall be stayed pending the Court's disposition of the motion for summary judgment now pending before the Court.

   SO ORDERED.


Dated: April 30, 2009                    s/ Avern Cohn
                                                 AVERN COHN
                                                 UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 30, 2009, by electronic and/or ordinary mail.

                                                 s/ Julie Owens
                                               Case Manager, (313) 234-5160

1