UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN FLYNN, AMBER FLYNN,

    Plaintiffs,

v.       Case No. 05-CV-73850

OAKLAND COUNTY, MICHAEL BOUCHARD     HONORABLE AVERN COHN
MICHAEL MCCABE, DAMON SHIELDS,
DOUGLAS MOLINAR, GORDON PIZZINI,
CLAY JANNSON, MARK VENUS, MARTIN BAY,
JAMES AHEARN

    Defendants.
_____/

## ORDER WITHDRAWING CLAIMS

On May 26, 2009, the Court held a hearing in which counsel for Plaintiffs effectively withdrew the following claims:

- Violations of Title VII of the Civil Rights Act of 1964
- Violations of the Fourth Amendment
- Violation of Michigan's Elliott Larsen Civil Rights Act
- False Arrest and False Imprisonment
- Assault and Battery

Accordingly, these claims are WITHDRAWN.

SO ORDERED.

Dated: July 9, 2009       s/Avern Cohn
    AVERN COHN
    UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 9, 2009, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160