UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN FLYNN, AMBER FLYNN,

    Plaintiffs,

v.                                                                Case No. 05-CV-73850

JEFFREY CROCKETT, DIRK FINDLAY            HONORABLE AVERN COHN
and ROBERT CAIN,

    Defendants.
_____/

## ORDER OF CLARIFICATION REGARDING DEFENDANTS CROCKETT, FINDLAY AND CAIN

    The Court noted in its July 9, 2009, Memorandum and Order, Plaintiffs' Second Amended Complaint ("SAC") is the governing complaint in this matter. The SAC does not name Crockett, Findlay, or Cain as defendants. The SAC superseded Plaintiffs' Amended Complaint, filed on March 14, 2006, which did name these individuals as defendants. As such, Crockett, Findlay, and Cain were terminated as parties the moment Plaintiffs filed their SAC.

    SO ORDERED.

Dated:  July 30, 2009                    s/ Avern Cohn
                                              AVERN COHN
                                              UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, July 30, 2009, by electronic and/or ordinary mail.

                                                s/ Julie Owens
                                              Case Manager, (313) 234-5160